**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **Priority** | ____ |
| **Send** | ____ |
| **Enter** | ____ |
| **Closed** | ____ |
| **JS-5/JS-6** | ____ |
| **Scan Only** | ____ |

**CIVIL MINUTES - GENERAL**

**CASE NO.:** **CV 16-09630 SJO (FFMx)** **DATE:** **April 26, 2017**

**TITLE:** **Beverly Loan Company, Inc. v. Beverly Hills Loan and Jewerly, LLC**

========================================================================

**PRESENT: THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE**

Victor Cruz
Courtroom Clerk

Not Present
Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**

Not Present

**COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present

========================================================================

**PROCEEDINGS:** IN CHAMBERS

The Court is in receipt of the NOTICE of Voluntary Dismissal filed by Plaintiff Beverly Loan Company, Inc. [ECF # 12]. Dismissal is with prejudice. Accordingly, the Court Orders that this matter shall be dismissed with prejudice. All matters scheduled for hearing are vacated.